UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
WINDWARD BORA LLC,                                                                    18-cv-06534-DRH-ARL
                                       Plaintiff,

                                                                                                             NOTICE OF MOTION
                -against-                                                                                         FOR DEFAULT
                                                                                                             JUDGMENT OF
RONNIE MORI and WILLIAM CARMEN,                                               FORECLOSURE
                                                          Defendant(s).             AND SALE
---------------------------------------------------------------------------X

       PLEASE TAKE NOTICE, that upon both the annexed Declaration of Regularity of Alan H. Weinreb, Esq., dated April 12, 2019, and the accompanying Memorandum of Law, also dated April 12, 2019, as well as the Affidavit of Yonel Devico, sworn to on April 10, 2019, and upon all prior pleadings, papers and proceedings had heretofore, Windward Bora LLC, Plaintiff herein, by and through its attorneys The Margolin & Weinreb Law Group, LLP, will move this court before The Honorable Denis R. Hurley, United States District Court Judge, at the United States District Court for the Eastern District of New York, located at the United States Courthouse, 100 Federal Plaza, Central Islip, New York, on a date and time so designated by the Court, so counsel can be heard for an order granting a default Judgment of Foreclosure and Sale, and for such further and different relief as the Court may deem just and proper.

       PLEASE TAKE FURTHER NOTICE, that objections, if any, to the instant application must be made in writing and received in the District Court Clerk's office, United States District Court for the Eastern District of New York, and by the undersigned, The Margolin & Weinreb Law Group, LLP, 165 Eileen Way, Suite 101, Syosset, NY 11791, and all other parties requiring

notice in accordance with the rules of this Court.

Dated: Syosset, New York
April 12, 2019

                                      THE MARGOLIN & WEINREB
                                      LAW GROUP, LLP

                            By: /s/ Alan H. Weinreb\_\_\_\_

                                ALAN H. WEINREB, ESQ. (AW 9361)
                                Attorneys for Plaintiff
                                165 Eileen Way, Suite 101
                                Syosset, NY 11791
                                (516) 945-6055
                                alan@nyfclaw.com