UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
WINDWARD BORA LLC,

                  Plaintiff,

   -against-

RONNIE MORI and WILLIAM CARMEN,

                  Defendants.
-------------------------------------------------------X

**ORDER ADOPTING REPORT AND RECOMMENDATION**
18-CV-6534 (DRH)(ARL)

      Presently before the Court is the Report and Recommendation of Magistrate Judge Arlene R. Lindsay, dated May 14, 2020 recommending that the Court grant Mori's motion for a stay be granted through June 20, 2020 and that, after June 20, 2020, upon a renewed motion by Mori, a traverse hearing be scheduled to address the merits of Mori's claim that he was not served. More than fourteen (14) days have passed since service of the Report and Recommendation and no objections have been filed.

      Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Therefore, the Court adopts the May 14, 2020 Report and Recommendation of Judge Lindsay as if set forth herein.  Accordingly,

      **IT IS HEREBY ORDERED** that defendant Ronnie Mori's motion for a stay is granted to the extent that this matter is stayed through June 20, 2020; should defendant wishes to pursue a stay after that date, he must file a renewed motion for a stay so that a hearing to address the merits of his claim that he was not served may be scheduled.

**IT IS FURTHER ORDERED THAT** plaintiff serve a copy of this Order on defendant Mori and file proof of service with two days of the date hereof.

Dated: Central Islip, N.Y.
June 10, 2020                   /s/  Denis R. Hurley
                                Denis R. Hurley
                                United States District Judge