UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WINDWARD BORA LLC,

                Plaintiff,

-against-

RONNIE MORI and WILLIAM CARMEN,

                Defendants.
------------------------------------------------------------X

**ORDER ADOPTING REPORT AND RECOMMENDATION**
18-CV-6534 (DRH)(ARL)

      Presently before the Court is the Report and Recommendation of Magistrate Judge Arlene R. Lindsay, dated April 25, 2022, recommending that the Court (1) deny the letter motion of defendant Ronnie Mori (Mori) to vacate the default judgment and dismiss this case for lack of personal jurisdiction, as well as his request that his order to Show Cause dated March 3, 202 be renewed and (2) permit plaintiff Windward Bora LLC to execute the Decree of Foreclosure dated January 7, 2020. More than fourteen (14) days have passed since service of the Report and Recommendation via the Court's ECF system and no objections have been filed.

      Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the April 25, 2022 Report and Recommendation of Judge Lindsay as if set forth herein. Accordingly,

      **IT IS HEREBY ORDERED THAT** the letter motion of defendant Ronnie Mori (Mori) to vacate the default judgment and dismiss this case for lack of personal jurisdiction, as well as his request that his order to Show Cause dated March 3, 202 be renewed is hereby DENIED; and

      **IT IS FURTHER ORDERED THAT** plaintiff Windward Bora LLC may proceed to execute the Decree of Foreclosure dated January 7, 2020.

Dated: Central Islip, New York          s/ Denis R. Hurley
       May 10, 2022                        Denis R. Hurley
                                                United States District Judge