# UNITED STATES DISTRICT COURT
## Eastern District of New York

Windward Bora, LLC
- v -
Mori, et. al.

Presiding Judge: **Joanna Seybert, Senior U.S.D.J.**
Case No(s).: **18-cv-6534-JS-ARL**
Date: **10/17/2023**
Start Time: **9:20 AM**  Total Time: 25 mins.

## MINUTE ENTRY FOR A CIVIL PROCEEDING
**SEALED PROCEEDING:** ☐ Yes ☑ No

### I. APPEARANCES:

Plaintiff: **Alyssa Kapner, Esq. (by telephone)**
Defendant: **Ronnie Mori (Pro-Se)**
Intervenor: **George Gavalas, Esq.**

Court Reporter: **Paul Lombardi**
FTR Time:
Courtroom Deputy: Eric L. Russo

### II. PROCEEDINGS HELD:

☑ In-Person
☐ By Telephone
☐ Bench Trial
☐ Contempt Hearing
☐ Evidentiary Hearing
☐ Fairness/Settlement Hearing
☐ Jury Deliberations
☐ Jury Selection (*Voir Dire*)
☐ Jury Trial
☐ Motion Hearing
☑ Preliminary Injunction Hearing
☐ Pre-Motion Conference
☐ Status/Pre-Trial Conference
☐ Show Cause Hearing
☐ Other Proceeding: _____

### III. PROCEEDINGS SUMMARY:

☑ Preliminary Injunction Hearing held.
   ☑ The parties presented their oral arguments to the Court.
   ☐ Witness(es) were called for the: ☐ _____; ☐ _____; ☐ _____.
   ☐ Exhibits were entered into evidence.
   ☑ The Court made the following ruling(s):
      ☐ Motion <u>granted</u> as to the:          ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.
      ☑ Motion <u>denied</u> as to the:           ☐ Motion for Preliminary Injunction; ☑ Motion for Temporary Restraining Order.
      ☐ Motion <u>granted, in part, and denied, in part</u>, as to the: ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.
      ☐ Motion found <u>moot</u> as to the:       ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.
      ☐ Decision <u>reserved</u> as to the:      ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.
   ☐ The following briefing schedule was set as to _____:
      ☐ _____ shall serve the <u>motion</u> and all supporting papers by: _____.
      ☐ _____ shall serve the <u>opposition to the motion</u> and all supporting papers by: _____.
      ☐ _____ shall serve the <u>cross-motion</u> and all supporting papers by: _____.
      ☐ _____ shall serve the <u>reply</u> and all supporting papers by: _____.
      ☐ _____ shall serve the <u>opposition to the cross motion</u> and all supporting papers by: _____.
      ☐ _____ shall serve the <u>reply to the cross motion</u> and all supporting papers by: _____.
   ☐ The parties were directed to file a proposed briefing schedule for the Court's consideration on or before _____.
   ☐ The Court ordered that <u>no motion papers shall be filed on ECF</u> until the motion is <u>fully briefed</u> on _____ (*same date as the final reply date*).
   ☐ The parties are to ensure <u>courtesy copies</u> of their submissions are promptly provided to Chambers.
      (**Note**: Attaching the documents to an e-mail does not satisfy this directive.)
   ☑ The Court's decision ☑ was entered on the record; ☐ will be entered under a separate order.
   ☐ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.

☐ Pre-Motion/Status/Pre-Trial Conference held.
    ☐ The parties advised the Court of the status of the case.
    ☐ The parties presented their oral arguments to the Court regarding the proposed motion(s).
    ☐ The following briefing schedule was set as to _____:
        ☐ _____ shall serve the <u>motion</u> and all supporting papers by: _____.
        ☐ _____ shall serve the <u>opposition to the motion</u> and all supporting papers by: _____.
        ☐ _____ shall serve the <u>cross-motion</u> and all supporting papers by: _____.
        ☐ _____ shall serve the <u>reply</u> and all supporting papers by: _____.
        ☐ _____ shall serve the <u>opposition to the cross motion</u> and all supporting papers by: _____.
        ☐ _____ shall serve the <u>reply to the cross motion</u> and all supporting papers by: _____.
    ☐ The parties were directed to file a proposed briefing schedule for the Court's consideration on or before _____.
    ☐ The Court deemed this case ready for trial (or was previously deemed ready for trial by the Magistrate Judge).
    ☐ The Court set the following pre-hearing/pre-trial submission schedule:
        ☐ <u>Motions in Limine</u> due by: _____.
        ☐ <u>Oppositions</u> to Motions in Limine due by: _____.
        ☐ <u>Replies</u> to Motions in Limine due by: _____.
        ☐ <u>Proposed Voir Dire</u> questions and <u>case summary</u> due by: _____.
        ☐ <u>Proposed exhibits and witness list</u> due by: _____.
        ☐ <u>Requests to Charge</u> and <u>proposed verdict sheets</u> due by: _____.
        ☐ _____: _____.
    ☐ The Court will enter a separate order outlining the pre-hearing/pre-trial submission schedule.
    ☐ The Court ordered that <u>no motion papers shall be filed on ECF</u> until the motion is <u>fully briefed</u> on _____ (*same date as the final reply date*).
    ☐ The parties are to ensure <u>courtesy copies</u> of their submissions are promptly provided to Chambers.
        (**Note**: Attaching the documents to an e-mail does not satisfy this directive.)
    ☐ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.

☐ Contempt/Evidentiary/Motion/Show-Cause Hearing held.
    ☐ Hearing held regarding _____.
    ☐ _____ moved for:
        ☐ Judgment as a Matter of Law (Rule 50(a))
        ☐ Judgment Notwithstanding the Verdict (Rule 50(b))
        ☐ Mistrial/New Trial (Rule 59)
        ☐ _____.
    ☐ The parties presented their oral arguments to the Court.
    ☐ The following briefing schedule was set as to the motion(s) above:
        ☐ _____ shall serve the <u>motion</u> and all supporting papers by: _____.
        ☐ _____ shall serve the <u>opposition to the motion</u> and all supporting papers by: _____.
        ☐ _____ shall serve the <u>cross-motion</u> and all supporting papers by: _____.
        ☐ _____ shall serve the <u>reply</u> and all supporting papers by: _____.
        ☐ _____ shall serve the <u>opposition to the cross motion</u> and all supporting papers by: _____.
        ☐ _____ shall serve the <u>reply to the cross motion</u> and all supporting papers by: _____.
    ☐ The parties were directed to file a proposed briefing schedule for the Court's consideration on or before _____.
    ☐ The Court will enter a separate order outlining the post-trial submission schedule.
    ☐ The Court ordered that <u>no motion papers shall be filed on ECF</u> until the motion is <u>fully briefed</u> on _____ (*same date as the final reply date*).
    ☐ The parties are to ensure <u>courtesy copies</u> of their submissions are promptly provided to Chambers.
        (**Note**: Attaching the documents to an e-mail does not satisfy this directive.)
    ☐ Witness(es) were called for the: ☐ _____; ☐ _____; ☐ _____.
    ☐ Exhibits were entered into evidence.
    ☐ The Court made the following ruling(s): ☐ Motion <u>granted</u>; ☐ Motion <u>denied</u>; ☐ Motion <u>granted, in part, and denied, in part</u>.
    ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was reserved.
    ☐ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.

☐ Fairness Hearing/Settlement Conference held.
　　☐ The parties outlined the details of the settlement agreement.
　　☐ No party(ies) appeared opposing the settlement.
　　☐ Objections to the proposed settlement were heard.
　　☐ The Court made the following ruling(s):
　　　　☐ Motion <u>granted</u> as to the:　　　　　　　　☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
　　　　☐ Motion <u>denied</u> as to the:　　　　　　　　 ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
　　　　☐ Motion <u>granted, in part, and denied, in part</u>, as to the:　☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
　　　　☐ Motion found <u>moot</u> as to the:　　　　　　 ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
　　　　☐ Decision <u>reserved</u> as to the:　　　　　　 ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
　　☐ The following briefing schedule was set as to _____:
　　　　☐ _____ shall serve the <u>motion</u> and all supporting papers by: _____.
　　　　☐ _____ shall serve the <u>opposition to the motion</u> and all supporting papers by: _____.
　　　　☐ _____ shall serve the <u>cross-motion</u> and all supporting papers by: _____.
　　　　☐ _____ shall serve the <u>reply</u> and all supporting papers by: _____.
　　　　☐ _____ shall serve the <u>opposition to the cross motion</u> and all supporting papers by: _____.
　　　　☐ _____ shall serve the <u>reply to the cross motion</u> and all supporting papers by: _____.
　　☐ The parties were directed to file a proposed briefing schedule for the Court's consideration on or before _____.
　　☐ The Court ordered that <u>no motion papers shall be filed on ECF</u> until the motion is <u>fully briefed</u> on _____ (*same date as the final reply date*).
　　☐ The parties are to ensure <u>courtesy copies</u> of their submissions are promptly provided to Chambers.
　　　　(**Note**: Attaching the documents to an e-mail does not satisfy this directive.)
　　☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order.
　　☐ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.

☐ Bench Trial held/continued.
　　☐ Opening statements were heard from the: ☐ _____; ☐ _____; ☐ _____.
　　☐ Opening statements waived by the:　　　 ☐ _____; ☐ _____; ☐ _____.
　　☐ Witness(es) were called for the:　　　　 ☐ _____; ☐ _____; ☐ _____.
　　☐ Exhibits were entered into evidence.
　　☐ _____ rests.
　　☐ _____ rests.
　　☐ _____ rests.
　　☐ Summations were heard from the:　　　　 ☐ _____; ☐ _____; ☐ _____.
　　☐ Summations waived by the:　　　　　　　 ☐ _____; ☐ _____; ☐ _____.
　　☐ The Court set the following post-trial submission schedule:
　　　　☐ _____ <u>Findings of Fact and Conclusions of Law</u> are due by: _____.
　　　　☐ _____ <u>Findings of Fact and Conclusions of Law</u> are due by: _____.
　　　　☐ _____ <u>Findings of Fact and Conclusions of Law</u> are due by: _____.
　　　　☐ _____: _____.
　　　　☐ _____: _____.
　　　　☐ _____: _____.
　　☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was reserved.
　　☐ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.

[ *REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK* ]

- ☐ Jury Selection (*Voir Dire*) held/continued.
    - ☐ The prospective jurors were sworn and given preliminary instructions by the Court.
    - ☐ The prospective jurors were asked questions touching upon their qualifications to serve as jurors.
    - ☐ _____ moved for a Batson Challenge as to Juror Number _____.
        - ☐ The parties presented their oral arguments to the Court.
        - ☐ The motion was ☐ granted and the juror was excused; ☐ denied and the juror remains unchallenged.
    - ☐ A jury of _____ were selected and are satisfactory to all parties.
    - ☐ The selected jurors were sworn as trial jurors.
    - ☐ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.

- ☐ Jury Trial held/continued.
    - ☐ The selected jurors were sworn as trial jurors.
    - ☐ The jurors were given preliminary instructions by the Court.
    - ☐ Opening statements were heard from the: ☐ _____ ; ☐ _____ ; ☐ _____ .
    - ☐ Opening statements waived by the: ☐ _____ ; ☐ _____ ; ☐ _____ .
    - ☐ Witness(es) were called for the: ☐ _____ ; ☐ _____ ; ☐ _____ .
    - ☐ Exhibits were entered into evidence.
    - ☐ _____ rests.
    - ☐ _____ rests.
    - ☐ _____ rests.
    - ☐ The Charge Conference was held between the Court and the parties (absent the presence of the jury).
    - ☐ Summations were heard from the: ☐ _____ ; ☐ _____ ; ☐ _____ .
    - ☐ Summations waived by the: ☐ _____ ; ☐ _____ ; ☐ _____ .
    - ☐ The Court charged the jury.
    - ☐ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.

- ☐ Jury Deliberations held.
    - ☐ Jury Notes were received and marked as Court Exhibits.
    - ☐ The Court instructed the jury to continue their deliberations pursuant to Allen v. United States (*Allen Charge*).
    - ☐ The jury rendered their verdict.
    - ☐ The jurors were polled as to their verdict.
    - ☐ The Verdict Sheet was received and marked as a Court Exhibit.
    - ☐ The jurors were excused with the thanks of the Court.
    - ☐ See Section IV of this minute entry (*page 5*) for additional details and/or rulings.

[ *REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK* ]

## IV. OTHER RULINGS MADE DURING THE PROCEEDINGS:

☐ The record of this proceeding was deemed sealed. Transcripts of this proceeding can be made available to the Court and the parties listed on the case **ONLY**. Any other non-party who wishes to get a copy of the transcripts must file a written request to the Court for consideration.

☐ 

## V. FURTHER PROCEEDINGS SET:

☐ Bench Trial: _____ at _____ before Judge _____(_____).
☐ Contempt Hearing: _____ at _____ before Judge _____(_____).
☐ Evidentiary Hearing: _____ at _____ before Judge _____(_____).
☐ Fairness Hearing: _____ at _____ before Judge _____(_____).
☐ Jury Selection: _____ at _____ before Judge _____(_____).
☐ Jury Trial: _____ at _____ before Judge _____(_____).
☐ Motion Hearing: _____ at _____ before Judge _____(_____).
☐ Preliminary Injunction Hearing: _____ at _____ before Judge _____(_____).
☐ Pre-Motion Conference: _____ at _____ before Judge _____(_____).
☐ Pre-Trial Conference: _____ at _____ before Judge _____(_____).
☐ Settlement Conference: _____ at _____ before Judge _____(_____).
☐ Show Cause Hearing: _____ at _____ before Judge _____(_____).
☐ Status Conference: _____ at _____ before Judge _____(_____).
☐ Further instructions regarding the proceedings set:
　☐ The Court ordered the proceeding(s) to be held via the Court's teleconferencing system. Parties are directed to dial the following telephone number at the designated time: **877-336-1839, access code 7231185**.
　☐ 

☑ No further proceedings have been set at this time. (**Note**: Further proceedings may have been set previously. Refer to the docket sheet.)